UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __OHIO__

FILED
08 JAN 18 PM 4: 29

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 1:06CR0045 |
| | ) |
| vs. | ) JUDGE PATRICIA A. GAUGHAN |
| | ) |
| RONALD DAVIS, | ) |
| | ) |
| | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Northern District of Ohio hereby dismisses the information against Ronald Davis, defendant.

_____
Gregory A. White
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
United States District Judge

Date: 1-18-08

Form OBD-113
Dec. 82